

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2021

No. 04-19-00898-CR

Adrian Justino **SOTO,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4647
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela

On June 13, 2021, Adrian Justino Soto filed a motion for extension of time to file a motion for en banc reconsideration and a motion for en banc reconsideration. The court grants the motion for extension of time and denies the motion for en banc reconsideration. *See* TEX. R. APP. P. 49.7.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2021.



MICHAEL A. CRUZ, Clerk of Court